UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 23cr01998-TWR |
|---|---|
| Plaintiff, | 23mj3104-LR |
| | I N F O R M A T I O N |
| v. | |
| | 18 U.S.C. § 922(g)(1) – |
| | Felon in Possession of Ammunition |
| TOMAS FLORES-ESPINOZA, | |
| Defendant. | |

The United States Attorney charges:

COUNT ONE

On or about August 1, 2023, within the Southern District of California, defendant Tomas FLORES-ESPINOZA, knowing his status as a convicted felon, that is, a person having been previously convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess ammunition that traveled in and affected interstate

DPF:San Diego
9/27/23

commerce; to wit, six (6) rounds of 9mm ammunition; in violation of Title 18, United States Code, Section 922(g)(1).

DATED: September 27, 2023

ANDREW R. HADEN
Acting United States Attorney

By:

/s/ David P. Finn

DAVID P. FINN
Assistant U.S. Attorney